```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DOCK McNEELY,
12           Petitioner,                  Civ. S-00-1358 DFL PAN P
13       v.
14   LOU BLANAS,
15           Respondent.                  NON-RELATED CASE ORDER
                                   /
16
     DOCK McNEELY,                        Civ. S-00-1508 WBS DAD
17
             Plaintiff,
18
         v.
19
     SACRAMENTO COUNTY, et al.
20
             Defendants.
21                                 /
22   DOCK McNEELY,                        Civ. S-00-2797 DFL PAN P
23           Plaintiff,
24       v.
25   SACRAMENTO COUNTY, et al.
26           Defendants.
                                   /
```

```
 1  DOCK McNEELY,                          Civ. S-01-2084 EJG GGH P
 2          Plaintiff,
 3       v.
 4  ROY K. SIMMONS, et al.
 5          Defendants.
                                    /
 6  DOCK McNEELY,                          Civ. S-03-2172 DFL PAN
 7          Plaintiff,
 8       v.
 9  EDWARD BONNER, et al.
10          Defendants.
                                    /
11
12  DOCK McNEELY,                          Civ. S-04-0062 DFL PAN
13          Plaintiff,
14       v.
15  LOU BLANAS, et al.
16          Defendants.
                                    /
17
18  DOCK McNEELY,                          Civ. S-04-1215 DFL PAN
19          Plaintiff,
20       v.
21  EDWARD BONNER, et al.
22          Defendants.
                                    /
23
24
25
26
```

2

```
1  DOCK McNEELY,                              Civ. S-05-1401 MCE DAD
2          Plaintiff,
3      v.
4  SACRAMENTO COUNTY, et al.
5          Defendants.
                                     /
6
7      A Notice of Related Cases was filed concerning the above-
   captioned cases on September 27, 2005.  See Local Rule 83-123
8  (E.D. Cal. 2005).  On review of the cases, the court finds that
9  the cases ought not be related or reassigned.  This order is
10 issued for informational purposes only, and shall have no effect
11 on the status of the cases, including any previous Related (or
12 Non-Related) Case Order of this court. Therefore, they shall not
13 be considered related.
14         IT IS SO ORDERED.
15 DATED: 10/20/2005
```

  /s/ David F. Levi
  _____
  DAVID F. LEVI
  United States District Judge

3